UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-08240-SVW-RAO | Date | December 12, 2016 |
| Title | Mobile Net POSA, Inc. v. Ignition Wireless, LLC et al | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

| | | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Kiss | Brook B. Bond |

**Proceedings:** NEW CASE STATUS CONFERENCE

Status conference held. The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 5, 2017 at 3:00 p.m.
Court Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 6, 2017 at 9:00 a.m.

: 12

Initials of Preparer PMC